UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:09-bk-19463-KSJ

Chapter 7

IN RE:                                              :
                                                    :
Luis G. Echavarria                                  :
                                                    :
                Debtor.                             :
                                                    :
_____        :

## CERTIFICATE OF NO RESPONSE OR SETTLEMENT AND REQUEST FOR ENTRY OF ORDER

FLAGSTAR BANK, FSB  ("FLAGSTAR"), by and through its undersigned attorneys, has filed a Motion for Relief From Stay and Abandonment and Notice of Opportunity to Object and for Hearing on January 24, 2010 pursuant to Bankruptcy Rule 4001(a) and Section 362(d)(1) of the Bankruptcy Code.  Movant represents:

1.      The motion was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the motion.

2.      The motion contained the bulletin required by the referenced rule.

3.      The deadline for response to the motion was February 14, 2010.

4.      No objections to or requests for hearing on the motion have been received, and as of February 17, 2010, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been filed.

Movant seeks the entry of an order granting the requested relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Certificate of No Response or Settlement And Request For Entry of Order have been served by either CM/ECF transmission or standard first class U.S. Mail on the 17th day of February, 2010 to the following:

Luis G. Echavarria, 13268 Silver Strand Falls Drive, Orlando, FL  32824

David J. Pedersen, Esquire, Law Office of David J. Pedersen, 1516 East Colonial Drive, Suite 305, Orlando, FL  32803

Martin Blaya, Esquire, Law Offices of David J. Stern, 900 S. Pine Island Road, Suite 400, Plantation, FL   33324

Carla Musselman, 1619 Druid Road, Maitland, FL  32751

United States Trustee – ORL7, 135 W. Central Blvd., Suite 620, Orlando, FL  32801

Dated: February 17, 2010                     Respectfully submitted,

                                             /s/ Lawrence M. Weisberg, Esquire
                                             Lawrence M. Weisberg, Esquire
                                             Florida Bar No. 962198
                                             Counsel for Flagstar Bank, FSB
                                             Greenfield & Coomber, P.A.
                                             7000 W. Palmetto Park Road, Suite 402
                                             Boca Raton, Florida   33433
                                             Telephone: (561) 362-7355
                                             Facsimile: (561) 828-5858
                                             E-mail: bankruptcy@lmwlegal.com