UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:09-bk-19463-KSJ

Chapter 7

IN RE:                                          :
                                                :
Luis G. Echavarria                              :
                                                :
                    Debtor.                     :
_____ :

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true copy of the Order Granting Flagstar Bank,

FSB's Motion For Relief From Stay and Abandonment And Notice of Opportunity to

Object And For Hearing Re: 2510 Crowley Terrace, Deltona, Florida  32738 was

furnished on February 22, 2010 by U.S. Mail or by e-mail to persons listed on the Court's

electronic mailing list.

     I HEREBY FURTHER CERTIFY that I am admitted to the Bar of the United

States District Court for the Middle District of Florida and I am in compliance with the

additional qualifications to practice in this court as set forth in Local Rule 2090-1(a).

Dated:  February 22, 2010

                           /s/ Lawrence M. Weisberg
                           Lawrence M. Weisberg, Esquire
                           Florida Bar No. 962198
                           Counsel for Flagstar Bank, FSB
                           Greenfield & Coomber, P.A.
                           7000 W. Palmetto Park Road, Suite 402
                           Boca Raton, Florida   33433
                           Telephone: (561) 362-7355
                           Facsimile: (561) 828-5858
                           E-mail: bankruptcy@lmwlegal.com

## SERVICE LIST

Luis G. Echavarria
13268 Silver Strand Falls Drive
Orlando, FL  32824

David J. Pedersen, Esquire
Law Office of David J. Pedersen
1516 East Colonial Drive, Suite 305
Orlando, FL  32803

Martin Blaya, Esquire
Law Offices of David J. Stern
900 S. Pine Island Road, Suite 400
Plantation, FL   33324

Carla Musselman
1619 Druid Road
Maitland, FL  32751

FLAGSTAR BANK, FSB

Lawrence M. Weisberg, Esquire
Greenfield & Coomber, P.A.
7000 Palmetto Park Road, Suite #402
Boca Raton, FL  33433

United States Trustee – ORL7
135 W. Central Blvd., Suite 620
Orlando, FL  32801